IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | * <br> * <br> * |
| v. | *   CRIMINAL NO. 21-087 (SCC) |
| | * |
| JULIO RIVERA MARRERO,<br>    Defendant. | * <br> * <br> * |

### WAIVER TO BE PRESENT AT PLEA HEARING AND CONSENT TO HOLD PROCEEDINGS VIA VIDEO-TELECONFERENCE

(Relevo de estar presente en la Vista de Alegación y
Consentimiento para Celebrar los Procedimientos Via VideoTeleconferencia)

TO THE HONORABLE COURT.

(Ante el Honorable Tribunal)

COMES NOW defendant JULIO RIVERA MARRERO presenting his consent to hold his change of plea hearing via video teleconference. (Comparece el acusado Julio Rivera Marrero para consentir a que se celebre su vista de cambio de alegación por videoconferencia.)

1. Counsel advised me of my right to be physically present during the change of plea hearing. (La abogada me informó de mi derecho de estar presente físicamente durante la vista de cambio de alegación.)

2. Counsel explained that the Covid-19 emergency measures do not allow for hearings to be held with physical presence of the parties. (La abogada me explicó que las medidas de emergencia del Covid-19 no permiten que las vistas se vean con la presencia física de las partes)

3. Counsel explained that I could wait until after the end of the emergency or consent to hold the hearing via video teleconference. (La abogada me explcó que puedo esperar a que finalice la emergencia o puedo consentir a celebrar la vista por video teleconferencia.)

4. I waive my right to be physically present at the change of plea hearing and consent to hold the same via video teleconference. (Renuncio a mi derecho de estar fisicamente presente durante la vista de cambio de alegacion y consiento a que la misma se celebre por video conferencia.)

RESPECTFULLY REQUESTED. (Solicitado respetuosamente.)

In Salinas, Puerto Rico this 19th day of October 2021. (En Salinas, Puerto Rico, a 19 de octubre de 2021.)

_Julio Rivera Marrero_
Julio Rivera Marrero

I hereby certify that this document was discussed with Mr. Rivera Marrero prior to his signing the same.

*S/Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this MOTION was filed through the CM/ECF system. The U.S. Department of Justice attorneys and the U.S. Attorney's Office for the District of Puerto Rico are designated as the parties to be notified through the system.

In San Juan, Puerto Rico this 19th day of October 2021.

S/*Laura Maldonado Rodriguez*
LAURA MALDONADO RODRIGUEZ
USDC-PR 205701
P. O. BOX 11533
SAN JUAN, P. R. 00922-1533
TEL. (787) 413-7771